**694**

Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of William S. Coffin, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Coffin v. State, 155 So.2d 602.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 128

**DEPARTMENT OF INDUSTRIAL RELATIONS and Ala. Dry Dock & S. Co.**

**v.**

**Richard John HEADON.**

I Div. 156.

Supreme Court of Alabama.

June 27, 1963.

J. Eugene Foster, Montgomery, and W. C. Boone, Jr., Mobile, for petitioners.

Kilborn, Darby & Kilborn, Mobile, opposed.

GOODWYN, Justice.

Petition of the Department of Industrial Relations and Alabama Dry Dock & Shipbuilding Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Dept. of Ind. Rel. et al. v. Headon, Ala.App., 155 So.2d 123.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

151 So.2d 791

**Ex parte Ralph Leon GANDY.**

6 Div. 958–A.

Supreme Court of Alabama.

April 4, 1963.

Ralph Leon Gandy, pro se.

Richmond M. Flowers, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.

157 So.2d 13

**Ex parte Frank M. HUGHES.**

3 Div. 102.

Supreme Court of Alabama.

Sept. 5, 1963.

Rehearing Denied Oct. 31, 1963.

Frank M. Hughes, pro se.

Richmond M. Flowers, Atty. Gen., and Peter M. Lind, Asst. Atty. Gen., for the State.

SIMPSON, Justice.

Petition stricken.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.